William E. Mosby, Appellee, v. Mutual Life Insurance Company of New York, Appellant.

Gen. No. 44,720. 

 opinion filed April 4, 1949; released for publication May 17, 1949. Winston, Strawn, Shaw & Black, for appellant; Louis W. Dawson, George B. Christensen and Neil McKay, of counsel; McKinley & Price, for appellee; William McKinley and Paul E. Price, of counsel. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.